United States District Court
Eastern District of Washington

CARBY, CARYL DANITA
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Allied Universal

United States Marshall
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section I. Do not include addresses here.)*

MAR 1 2 2026

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

Case No. 2:26-cv-00122-TOR
(To be filled out by Clerk's Office only)

# COMPLAINT

Jury Demand?
☐ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I.  PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff: Carey, Caryl Danita
Name (Last, First, MI)

10208 North Division Street, Ste 101 #416
Street Address

Spokane, WA 99218
County, City          State          Zip Code

_____
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Allied Universal
Name (Last, First)

_____
Street Address

County, City          State          Zip Code

Defendant 2: US Marshalls
Name (Last, First)

_____
Street Address

County, City          State          Zip Code

**Defendant(s) Continued**

Defendant 3: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Street Address

　　　　　　　_____
　　　　　　　County, City　　　　　State　　　　　Zip Code


Defendant 4: _____
　　　　　　　Name (Last, First)

　　　　　　　_____
　　　　　　　Street Address

　　　　　　　_____
　　　　　　　County, City　　　　　State　　　　　Zip Code

## II.　BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

- ☒ **U.S. Government Defendant:** United States or a federal official or agency is a defendant. *(circled)*
- ☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.
- ☐ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____
_____
_____

### III. VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because: Petitioner-Plaintiff is a domiciliary of Spokane, WA

### IV. STATEMENT OF CLAIM

Place(s) of occurrence: Spokane, Washington.

Date(s) of occurrence: 12 March 2026

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:** (What happened to you?)

I had left the Clerk of Court at 8th floor of federal bldg and went up to US attorney's office to speak to US attorney. Clerk gave me a pink slip to call but the the

Clerk wrote down and I left to telephone from the lobby and a security guard from Allied Universal came into lobby and was standing he/she listened to my phone call which went to voicemail — Tim Durkin

— As I left through the stairwell to descend to 2nd floor after initial encounter with said security guard another Allied Universal security guard armed — entered the second floor exacerbating my trauma

> **Was anyone else involved?**

— when asked why they weren't present the initial guard conceded that they were called because I was lingering in lobby — trying to have a conversation on my cell phone w/ said Atty Tim Durkin

— Affirmation by Sandler implied that I was doing something wrong and fled just right the [illegible]

Hear after filing too many cases all I was Threatened by 2 white male security guards for no reason at all.

Implied Defamation

Sharat could not explain presence

Onandd me listening to my conversation w/ his Attorney Jim Sullivan on my private cellphone

[Who did what?] no attorney privilege.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

Experiental trauma because an employee from Allied Universal Security Company Inc invaded my privacy @ Orlando Florida Courthouse 2024 (on video)

## VI. RELIEF

The relief I want the court to order is:

☒ Money damages in the amount of: $26,000,000,000.00

☐ Other (explain):    $26 Billion USD

I had enough issues before in another location Orlando Florida 2024-2025 with Garfield Company obstruction of justice possibly case interference

Page 7 of 8

**VII.   CLOSING**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

3/12/2026
Dated

_____
Plaintiff's Signature

Larry Caryl Dantia
Printed Name (Last, First, MI)

11208 North Division Street          Ste 101 #116
Address                               City

Spokane, WA 99218
State    Zip Code

_____
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*